PER CURIAM HEADING




 NO. 12-02-00340-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CARL DEATON,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW NO. 3 OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS







MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed because Appellant has failed, after notice, to pay or make
arrangements to pay the trial court clerk's fee for preparing the clerk's record. Appellant's sentence
was imposed on November 13, 2002, and the clerk's record, after an extension of the filing deadline,
was due on January 12, 2003. On February 3, 2003, the clerk notified this court by letter that the
reason for the delay in filing was that Appellant had not made a claim of indigence and had failed
to either pay or make arrangements to pay for the preparing of the clerk's record. On February 6,
2003, this court informed Appellant that, pursuant to Tex. R. App. P. 37.3(b) and 44.3, the appeal
would be dismissed unless proof of full payment to the clerk was provided on or before February 17,
2003.

 As of February 24, 2003, Appellant has neither provided proof of full payment or otherwise
responded to this court's notice. Accordingly, the appeal is dismissed. 

Opinion delivered February 28, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.


(DO NOT PUBLISH)